**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Abel ANGULO–SANDOVAL,**
**Defendant—Appellant.**

No. 01–50440.
D.C. No. CR–00–00881–SVW–1.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

## MEMORANDUM**

Abel Angulo–Sandoval appeals his 87–month sentence following his guilty plea conviction to conspiracy to possess and distribute methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1). His attorney has filed a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a brief stating that counsel cannot identify any nonfrivolous issues for review.

We have conducted an independent review of the record and the briefs on appeal pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), which disclosed that Angulo–Sandoval knowingly and voluntarily waived his right to appeal his sentence and he was sentenced within the terms of the plea agreement. Accordingly, we enforce the waiver and dismiss the appeal. *United States v. Martinez,* 143 F.3d 1266, 1270–72 (9th Cir.1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.